IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALBERT JONES, as Plenary Guardian of VICTOR E. JONES | : |
| Plaintiffs, | : **CIVIL ACTION NO.: 09-4748** |
| v. | : |
| | : **JURY TRIAL DEMANDED** |
| THE CITY OF PHILADELPHIA; LT. ANDERSON; DARNELL WHITE; MHM SERVICES; KHALI ROSS (a/k/a AUREALIO ROSE, JR.); JOHN DOES 1-10; JANE DOES 1-10; JOHN DOES 11-20; JANE DOES 11-20 | : |
| Defendants | : |

## SUGGESTION OF DEATH

The death of Victor Jones, a party to the above action, occurred on April 5, 2010, during the pendency of this action. A Stipulation to Amend the Complaint reflecting the death of Victor Jones will follow in due course.

KLINE & SPECTER
*A Professional Corporation*

BY: _____
ROYCE W. SMITH, ESQUIRE
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
215-772-1000

## CERTIFICATION OF SERVICE

I, ROYCE W. SMITH, ESQUIRE, hereby certify that a true and correct copy of the attached Suggestion of Death was served in accordance with the Notice of Electronic Filing on the following interested parties:

*Armando Brigandi, Esquire*
*City of Philadelphia Law Department*
*1515 Arch Street, 14th Floor*
*Philadelphia, PA  19103*
*Attorney for City of Philadelphia, et al.*

*Wendi D. Barash, Esquire*
*Weber Gallagher Simpson Stapleton Fires*
*& Newby LLP*
*2000 Market Street, 13th Floor*
*Philadelphia, PA  19103*
*Attorney for MHM Services, Inc.*

*Stephen E. Siegrist*
*Murphy & O'Connor*
*15th Street and JFK Boulevard, Suite 1100*
*Philadelphia, PA 19102*

BY: _____
ROYCE W. SMITH, ESQUIRE

Date:  June 8, 2010